# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 415 WAL 2019

               Respondent       :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

               v.             :

                                    :

THOMAS RICHARD ROSS,          :

               Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.